UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FORETHOUGHT FINANCIAL SERVICES, INC., ) | 02C 7757 |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. |
| ) | |
| MARGARET McANDREWS and ) | JUDGE GOTTSCHALL |
| BRIAN McANDREWS, ) | |
| ) | |
| Defendants. ) | MAGISTRATE JUDGE SCHENKIER |

**COMPLAINT FOR DECLARATORY RELIEF AND TO ENFORCE SETTLEMENT AGREEMENT**

Plaintiff, Forethought Financial Services, Inc. ("Forethought" or the "Company"), by counsel, for its Complaint for Declaratory Relief and to Enforce Settlement Agreement against Defendants, Margaret McAndrews and Brian McAndrews (the "McAndrews"), states:

**I.    FACTUAL BACKGROUND**

1. Forethought is a corporation duly organized and existing under the laws of the State of Indiana, with its principal place of business in Batesville, Indiana. It is a citizen and resident of the State of Indiana.

2. Margaret McAndrews was and is an employee of Forethought. The McAndrews are citizens and residents of the State of Wisconsin.

3. The amount in controversy exceeds $75,000, exclusive of interest, cost and attorneys' fees.

4. This claim is brought pursuant to 28 U.S.C. § 2201, which provides in pertinent part that any court of the United States, upon the filing of an appropriate pleading, may declare the rights and other legal relations of any interested party seeking such declaratory relief,

whether or not further relief is or could be sought. Such declaration shall have the force and effect of a final judgment or decree and shall be reviewable as such.

5. On October 16 and 17, 2002, the parties to this claim met in Chicago, Illinois for the purposes of holding a mediation of a disputed claim with an independent mediator. This mediation culminated with an agreement as more specifically stated in the Settlement Terms Sheet.

6. Prior to October 16 and 17, 2002, the McAndrews had asserted a claim against Forethought arising out of an incident occurring in Indianapolis, Indiana where Margaret McAndrews was allegedly assaulted by another employee of Forethought following a Company event.

7. All parties decided to attempt to resolve their disputes and differences arising out of the incident in Indianapolis, Indiana through the mediation in Chicago, Illinois.

8. The mediation itself lasted some 16 hours. As indicated above, it ended in an agreement under which Forethought would pay a specified sum to the McAndrews in return for a general release. The pertinent portion of the Settlement Terms Sheet provides as follows:

> 2. General Release by Margaret McAndrews ("Employee") and Brian McAndrews to company and employees, agents, and corporate affiliates, specifically reserving all rights to assert claims against Mark Giesting.

9. Forethought has attempted to culminate the agreement through fulfillment of its obligations. However, the McAndrews have refused to fulfill their obligations under the mediated settlement agreement.

10. Specifically, the McAndrews have refused and failed to sign a General Release which would release the Company, its employees, agents, and corporate affiliates.

## II. BREACH OF CONTRACT

11. Plaintiff incorporates by reference as if fully set forth herein rhetorical paragraphs 1-10 above.

12. The McAndrews, pursuant to the contract, agreed, in exchange for the receipt of a certain payment of money, to provide a General Release to the Company, its employees, agents and corporate affiliates.

13. Forethought has fulfilled and is willing to fulfill all of its obligations under the mediated settlement agreement.

14. The McAndrews have failed and refused to comply with the mediated settlement agreement and have failed and refused to comply with the terms of the mediated settlement agreement as specifically provided for in the Settlement Terms Sheet.

## III. DECLARATORY RELIEF

15. Plaintiff incorporates by reference as if fully set forth herein rhetorical paragraphs 1-14 above.

16. Forethought, pursuant to 28 U.S.C. § 2201 requests that the court declare the rights and legal relations of the parties to this suit and provide the following relief:

(a) order that the mediated settlement agreement is enforceable and enforce the terms of the settlement agreement as specifically provided for in the Settlement Terms Sheet;

(b) order the McAndrews to sign a General Release releasing the Company, its employees, agents, and corporate affiliates;

(c) order the McAndrews to comply with the agreement to not commence any action against Forethought, its employees, agents, or corporate affiliates;

3

    (d)  order the McAndrews to pay all appropriate costs and attorneys' fees for the necessity to file such an action to enforce the mediated settlement agreement.

  WHEREFORE, plaintiff, Forethought Financial Services, Inc., by counsel, prays for the above-requested relief, for the cost of this action, for attorneys' fees, and for all other proper and appropriate relief in the premises.

              Respectfully submitted,

              FORETHOUGHT FINANCIAL SERVICES, INC.

              By: *Charles B. Baldwin /cap*
                    One of Its Attorneys

Charles B. Baldwin, #4108-49
Jan Michelsen
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
One Indiana Square, Suite 2300
Indianapolis, IN 46204
(317) 916-1300

Carol A. Poplawski, # 06192132
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Two First National Plaza
Twenty-Fifth Floor
Chicago, Illinois 60603
(312) 558-1220

Date: October 28, 2002

JS 44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I (a) PLAINTIFFS

Forethought Financial Services, Inc.

## DEFENDANTS

Margaret M. Andrews and
Brian McAndrews

02C 7757

JUDGE GOTTSCHALL

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Charles B. Baldwin         Carol A. Poplawski
Jan Michelsen              Ogletree Deakins Law Firm
Ogletree Deakins Law Firm  Two First National Plaza
One Indiana Square         Chicago, IL 60603
Indianapolis, IN 46204     (312) 558-1220
(317) 916-1300

ATTORNEYS (IF KNOWN)

DOCKETED
MAGISTRATE JUDGE SCHENKIER
OCT 2 9 2002

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business in Another State | ☒ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Declaratory action under 28 U.S.C. § 2201

## V. NATURE OF SUIT (PLACE AN x IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— Med Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | | ☐ 365 Personal Injury— Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R & Truck | PROPERTY RIGHTS | ☐ 460 Deportation |
| | ☐ 330 Federal Employers' Liability | | ☐ 650 Airline Regs | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 151 Medicare Act | | | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | PERSONAL PROPERTY | ☐ 690 Other | ☐ 840 Trademark | ☐ 810 Selective Service |
| | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | | | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | LABOR | SOCIAL SECURITY | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | | | | ☐ 862 Black Lung (923) | |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | FEDERAL TAX SUITS | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | | | |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | Habeas Corpus: | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☒ 890 Other Statutory Actions |
| | | ☐ 550 Other | | | |

## VI. ORIGIN (PLACE AN x IN ONE BOX ONLY)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A CLASS ACTION
☐ UNDER F.R.C.P. 23

DEMAND $ >$75,000 Check YES only if demanded in complaint:
Declaratory Relief     JURY DEMAND: ☐ YES ☒ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE _____     DOCKET NUMBER _____

DATE             SIGNATURE OF ATTORNEY OF RECORD
10/28/02  Charles B. Baldwin      Charles B. Baldwin /cap

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In the Matter of

Forethought Financial Services, Inc.,

v.

Margaret McAndrews and Brian McAndrews.

Case Number: **02C 7757**

JUDGE GOTTSCHALL



MAGISTRATE JUDGE SCHENKIER

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

FORETHOUGHT FINANCIAL SERVICES, INC.

| (A) | (B) |
|---|---|
| SIGNATURE *Charles B. Baldwin/cap* | SIGNATURE *Carol A. Poplawski* |
| NAME Charles B. Baldwin | NAME Carol A. Poplawski |
| FIRM Ogletree, Deakins, Nash, Smoak & Stewart, P.C. | FIRM Ogletree, Deakins, Nash, Smoak & Stewart, P.C. |
| STREET ADDRESS One Indiana Square, Suite 2300 | STREET ADDRESS Two First National Plaza, 25th Floor |
| CITY/STATE/ZIP Indianapolis, IN 46204 | CITY/STATE/ZIP Chicago, IL 60603-1891 |
| TELEPHONE NUMBER 317/916-1300 | FAX NUMBER 317/916-9076 | TELEPHONE NUMBER 312/558-1220 | FAX NUMBER 312/807-3619 |
| E-MAIL ADDRESS Charles.Baldwin@odnss.com | E-MAIL ADDRESS Carol.Poplawski@odnss.com |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 06192132 |
| MEMBER OF TRIAL BAR? YES ☐ NO ☒ | MEMBER OF TRIAL BAR? YES ☒ NO ☐ |
| TRIAL ATTORNEY? YES ☒ NO ☐ | TRIAL ATTORNEY? YES ☒ NO ☐ |
|  | DESIGNATED AS LOCAL COUNSEL? YES ☒ NO ☐ |

| (C) | (D) |
|---|---|
| SIGNATURE *Jan Michelsen/cap* | SIGNATURE |
| NAME Jan Michelsen | NAME |
| FIRM Ogletree, Deakins, Nash, Smoak & Stewart, P.C. | FIRM |
| STREET ADDRESS One Indiana Square, Suite 2300 | STREET ADDRESS |
| CITY/STATE/ZIP Indianapolis, IN 46204 | CITY/STATE/ZIP |
| TELEPHONE NUMBER 317/916-2157 | FAX NUMBER 317/916-2157 | TELEPHONE NUMBER | FAX NUMBER |
| E-MAIL ADDRESS Jan.Michelsen@odnss.com | E-MAIL ADDRESS |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR? YES ☐ NO ☒ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ☒ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☒ |